# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHAMIKA ROGERS,
ADC #709851, *et al*                                                                    PLAINTIFFS

V.                                    4:14CV00513 SWW

SEACOMBE STRONG, et al.                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 27th day of February, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE